UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO.: 1:23-cv-160

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against – <br><br> EXTRAORDINARY CATERING, L.L.C. D/B/A REDD'S ON UNION, JOSEF ALEXANDER, KEIOSHA ALEXANDER, YASMINE ALEXANDER, COLIN G. BRAMLETT, SR., GEORGE DAUGHTRY, <br><br> Defendants. | **ENTRY OF DEFAULT** |

THIS CAUSE having come before the undersigned Clerk of the United States District Court for the Western District of North Carolina, upon Complaint in the case, and upon application by the Plaintiff JOE HAND PROMOTIONS, INC. through a Motion for Entry of Default, it appearing to the Court that the Defendants **EXTRAORDINARY CATERING, L.L.C. D/B/A REDD'S ON UNION, JOSEF ALEXANDER, KEIOSHA ALEXANDER, YASMINE ALEXANDER, COLIN G. BRAMLETT, SR.,** and **GEORGE DAUGHTRY** are in default for failure to appear or serve a response to the Summons and Complaint;

NOW THEREFORE, DEFAULT is hereby entered against Defendants, **EXTRAORDINARY CATERING, L.L.C. D/B/A REDD'S ON UNION, JOSEF ALEXANDER, KEIOSHA ALEXANDER, YASMINE ALEXANDER, COLIN G. BRAMLETT, SR.,** and **GEORGE DAUGHTRY**.

This the _____ day of _____, 2023.

_____
Clerk, United States District Court