UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO.: 1:23-cv-160

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against – <br><br> EXTRAORDINARY CATERING, L.L.C. D/B/A REDD'S ON UNION, JOSEF ALEXANDER, KEIOSHA ALEXANDER, YASMINE ALEXANDER, COLIN G. BRAMLETT, SR., GEORGE DAUGHTRY, <br><br> Defendants. | **ENTRY OF DEFAULT** |

Upon Plaintiff JOE HAND PROMOTIONS, INC.'s Motion for Entry of Default, it appears that the Defendants EXTRAORDINARY CATERING, L.L.C. D/B/A REDD'S ON UNION, JOSEF ALEXANDER, KEIOSHA ALEXANDER, YASMINE ALEXANDER, COLIN G. BRAMLETT, SR., and GEORGE DAUGHTRY are in default for failure to appear or serve a response to the summons and complaint; and

Default is hereby entered against Defendants EXTRAORDINARY CATERING, L.L.C. D/B/A REDD'S ON UNION, JOSEF ALEXANDER, KEIOSHA ALEXANDER, YASMINE ALEXANDER, COLIN G. BRAMLETT, SR., and GEORGE DAUGHTRY as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 17th day of May, 2023.

/s/ Gloria L. Powell
Chief Deputy Clerk